June 19, 2018

**VIA ECF**
The Honorable Vernon S. Broderick
U.S. District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
30 Foley Square
New York, NY 10007

Re:   *Fair Housing Justice Center, et al., v. Andrew Cuomo, et al.*, 18-CV-3196

Dear Judge Broderick:

We write to apprise you that we intend to amend the complaint and to request that a decision on Governor Cuomo's cross-motion to dismiss the instant proceeding be held in abeyance pending the amendment of the complaint.

We have asked the Defendants to consent to additional time to amend the complaint, and expect to inform you shortly as to whether they will consent to an extension of time.

Thank you kindly for considering this request.

Respectfully submitted,

/s/

Tanya Kessler, Esq. (TK-0940), of counsel to Jeanette Zelhof, Esq.
MOBILIZATION FOR JUSTICE, INC.
*Attorneys for Plaintiff Jane Doe*
(212) 417-3811

cc:   All counsel of record (via ECF)