```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FAIR HOUSING JUSTICE CENTER, INC.,                          :
JANE DOE and JOHN DOE,                                      :
                                                            :
                         Plaintiffs,                        :    18-CV-3196 (VSB)
                                                            :
            -against-                                       :         **ORDER**
                                                            :
ANDREW M. CUOMO, in his official capacity                   :
as Governor of the State of New York,                       :
HOWARD A. ZUCKER, in his official capacity                  :
as Commissioner of the New York State                       :
Department of Health, THE NEW YORK                          :
STATE DEPARTMENT OF HEALTH, ELM                             :
YORK LLC, MADISON YORK ASSISTED                             :
LIVING COMMUNITY, LLC, MADISON                              :
YORK REGO PARK LLC, and VILLAGE                             :
HOUSING DEVELOPMENT FUND                                    :
CORPORATION,                                                :
                                                            :
                         Defendants.                        :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the State Defendants' motion to dismiss the cross-claims of the ACF Defendants, (Doc. 186), and the notices of voluntary dismissal of these cross-claims, (Docs. 188, 189). Accordingly, it is hereby:

      ORDERED that the State Defendants' motion to dismiss the cross-claims of the ACF Defendants, (Doc. 186), is denied as moot.

      The Clerk of Court is respectfully directed to terminate the open motion at Document 186.

SO ORDERED.

Dated: December 5, 2019
     New York, New York

_____
Vernon S. Broderick
United States District Judge