```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER,
INC, et al.,

                    Plaintiffs,

      - against -

ANDREW M. CUOMO, et al.,

                   Defendants.
---------------------------------------------------------------X

18-cv-3196 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      A telephonic pre-settlement conference in this matter is hereby scheduled for **August 12, 2020 at 3:30 p.m.** and a telephonic settlement conference in this matter is hereby scheduled for **August 27, 2020 at 9:30 a.m.**

      The parties are instructed to review Judge Lehrburger's Individual Practices and Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in PDF fillable format as an attachment to Judge Lehrburger's Settlement Conference Procedures) no later than August 20, 2020 at 5:00 p.m.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 6, 2020
       New York, New York