UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER,
INC, et al.,

                Plaintiffs,

      - against -

ANDREW M. CUOMO, et al.,

               Defendants.
---------------------------------------------------------------X

18-cv-3196 (VSB) (RWL)

**<u>ORDER</u>**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Notwithstanding the State's August 4, 2020 letter, the State Defendants were not excused from today's pre-settlement conference call, and they did not ask to be excused. Accordingly, the counsel for the State Defendants shall promptly arrange with my Courtroom Deputy a date and time for a telephone call with the Court to take place this week or early next week.

                         SO ORDERED.

                         _____
                         ROBERT W. LEHRBURGER
                         UNITED STATES MAGISTRATE JUDGE

Dated: August 12, 2020
       New York, New York