UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
FAIR HOUSING JUSTICE CENTER,                              :
INC., JANE DOE and JOHN DOE,                              :
                                                          :
                                Plaintiffs,           :         18-cv-3196 (VSB)
                                                          :
              -against-                                :            **ORDER**
                                                          :
ANDREW CUOMO et al.,                                      :
                                                          :
                                Defendants.           :
                                                          :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2020

VERNON S. BRODERICK, United States District Judge:

       The Court is in receipt of Plaintiffs' Motion to Substitute Party and accompanying declaration and exhibits, (Docs. 225–27,) and Plaintiffs' Motion to Seal, (Doc. 228.) Accordingly, it is hereby:

       ORDERED that Defendants shall file a letter no later than October 28, 2020, stating whether they oppose the motions.

SO ORDERED.

Dated:  October 20, 2020
             New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge