```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
FAIR HOUSING JUSTICE CENTER,               :
INC., JANE DOE and JOHN DOE,               :
                                           :
                Plaintiffs,     :      18-cv-3196 (VSB)
                                           :
     -against-                           :             **ORDER**
                                           :
ANDREW CUOMO et al.,                       :
                                           :
                Defendants.     :
                                           :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Defendants' responses to Plaintiffs' Motion to Substitute Party and Motion to Seal. (Docs. 234–36.) Accordingly, it is hereby:

      ORDERED that Plaintiffs' Motion to Substitute Party (Doc. 225) and Motion to Seal (Doc. 228) are GRANTED. The Clerk is directed to terminate the open motions at Documents 225 and 228.

SO ORDERED.

Dated:  October 29, 2020
          New York, New York

                                                _____
                                                Vernon S. Broderick
                                                United States District Judge