USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                                 :
FAIR HOUSING JUSTICE CENTER, INC.   :
et al.,                                                        :
                                                                 :
                        Plaintiffs,      :          18-cv-3196 (VSB) (RWL)
                                                                 :
        -against-                  :                 **ORDER**
                                                                 :
HOWARD A. ZUCKER, et al.,            :
                                                                  :
                       Defendants.   :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of the parties' Amended Case Management Plan, signed by Magistrate Judge Robert W. Lehrburger on July 13, 2021. (Doc. 253.) The amended plan indicates that discovery will conclude on December 29. 2021. (*Id.*) The previous Case Management Plan had set a post-discovery conference for October 8, 2021. (Doc. 244.) Accordingly, it is hereby:

       ORDERED that the post-discovery conference currently scheduled for October 8, 2021, is ADJOURNED sine die.

       IT IS FURTHER ORDERED that the parties are directed to file a joint status update by December 29, 2021, indicating the status of discovery and their availability for a post-discovery conference.

SO ORDERED.

Dated: July 14, 2021
      New York, New York

                                                   _____
                                                   Vernon S. Broderick
                                                 United States District Judge