```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
FAIR HOUSING JUSTICE CENTER,                               :
INC., et al.,                                              :
                                                           :
                           Plaintiffs,                     :     18-cv-3196 (VSB)
                                                           :
              -against-                                    :         ORDER
                                                           :
ANDREW CUOMO, et al.,                                      :
                                                           :
                           Defendants.                     :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Pursuant to my instructions at the April 15, 2022 status conference, it is hereby:

ORDERED that the parties meet and confer and, on or before April 29, 2022, submit a proposed briefing schedule for the parties' motions for summary judgment with regards to the issue of damages.

IT IS FURTHER ORDERED that, on or before that same date, the parties update the Court on their plans regarding settlement, the intended scope of their settlement efforts, and any progress made towards settlement.

SO ORDERED.

Dated: April 18, 2022
       New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge