```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER,                :
INC, et al.,                                :
                                            :       18-cv-3196 (VSB) (RWL)
                    Plaintiffs,             :
                                            :       ORDER
                                            :
        - against -                         :
                                            :
MARY T. BASSETT, in her official capacity   :
As Commissioner of the New York State       :
Department of Health, et al.,               :
                                            :
                    Defendants.             :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during today's settlement conference:

1. By August 8, 2022, Defendants shall provide to Plaintiffs' a fully responsive redline of the proposed resolution. For any provision/wording to which Defendants are not agreeable but are amenable to an alternative provision/wording, their responsive redline must include the proposed alternative provision/wording. The same requirement applies to both parties with respect to any subsequent redline exchanges.

2. By August 15, 2022, the parties must meet and confer to discuss any questions that Plaintiffs' have about the redline provided and to negotiate open issues.

3. By August 22, 2022, Plaintiffs will provide to Defendants a fully responsive redline of what Defendants provided to them.

4. Thereafter, the parties will adhere to the following schedule: (a) Within one week after a redline draft is exchanged, the parties shall meet and confer for at least

one hour (unless both parties agree to less time) to discuss any questions the receiving party may have and to negotiate open issues; (b) Within three weeks from when the receiving party received a redline draft, that party must turn around and provide a full responsive redline within three weeks.

5. The above requirements are the bare minimum. The parties should make good faith efforts to meet and confer to discuss and resolve issues as frequently and as long as needed.

6. The party providing a redline to the other party shall cc Judge Lehrburger and include a copy of the redline.

7. By July 29, 2022, Defendants shall inform Plaintiffs and the Court whether Defendants are amenable to using the pro bono services of a retired judge to assist with settlement discussions to supplement the efforts made by Judge Lehrburger.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 25, 2022
New York, New York