USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER,
INC, et al.,

                    Plaintiffs,

          - against -

MARY T. BASSETT, in her official capacity
As Commissioner of the New York State
Department of Health, et al.,

                    Defendants.
-------------------------------------------------------------X

18-cv-3196 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during today's settlement conference:

    1.    By September 30, 2022, the parties shall meet and confer to discuss any questions that Plaintiffs have about the redline of the proposed resolution provided by Defendants on September 19, 2022, and to negotiate open issues.

    2.    By October 7, 2022, Plaintiffs shall provide to Defendants a fully responsive redline of the proposed resolution.  For any provision/wording to which Plaintiffs are not agreeable but are amenable to an alternative provision/wording, their responsive redline must include the proposed alternative provision/wording.  The same requirement applies to both parties with respect to any subsequent redline exchanges.

    3.    By October 14, 2022, the parties shall meet and confer to discuss any questions that Defendants have about the redline provided by Plaintiffs and to negotiate any issues.

4. By October 28, 2022, Defendants shall provide to Plaintiffs a fully responsive redline of what Defendants provided to them.

5. Thereafter, the parties shall adhere to the following schedule: (a) Within one week after a redline draft is exchanged, the parties shall meet and confer for at least one hour (unless both parties agree to less time) to discuss any questions the receiving party may have and to negotiate open issues; (b) Within three weeks (preferably sooner rather than later) from when the receiving party received a redline draft, that party must turn around and provide a full responsive redline.

6. The above requirements are the bare minimum.  The parties shall make good faith efforts to meet and confer to discuss and resolve issues as frequently and as long as needed.

7. The party providing a redline to the other party shall cc Judge Lehrburger and include a copy of the redline.

8. The Court will schedule another conference with the parties to take place after October 28, 2022.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 21, 2022
       New York, New York