```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, :
INC, et al., :
: 18-cv-3196 (VSB) (RWL)
Plaintiffs, :
: **ORDER**
:
- against - :
:
MARY T. BASSETT, in her official capacity :
As Commissioner of the New York State :
Department of Health, et al., :
:
Defendants. :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during today's settlement conference:

1. By November 15, 2022, the parties shall meet and confer to discuss any questions that Plaintiffs have about the redline of the proposed resolution provided by Defendants on October 28, 2022, and to negotiate open issues.

2. By November 22, 2022, Plaintiffs shall provide to Defendants a fully responsive redline of the proposed resolution. For any provision/wording to which Plaintiffs are not agreeable but are amenable to an alternative provision/wording, their responsive redline must include the proposed alternative provision/wording. The same requirement applies to both parties with respect to any subsequent redline exchanges.

3. By December 6, 2022, the parties shall meet and confer to discuss any questions that Defendants have about the redline provided by Plaintiffs and to negotiate any issues.

4. By December 13, 2022, Defendants shall provide to Plaintiffs a fully responsive redline of what Defendants provided to them.

5. Thereafter, the parties shall adhere to the following schedule: (a) Within one week after a redline draft is exchanged, the parties shall meet and confer for at least one hour (unless both parties agree to less time) to discuss any questions the receiving party may have and to negotiate open issues; (b) Within three weeks (preferably sooner rather than later) from when the receiving party received a redline draft, that party must turn around and provide a full responsive redline.

6. The above requirements are the bare minimum. The parties shall make good faith efforts to meet and confer to discuss and resolve issues as frequently and as long as needed.

7. The party providing a redline to the other party shall cc Judge Lehrburger and include a copy of the redline.

8. The Court will schedule another conference with the parties to take place in January 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 1, 2022
New York, New York