USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER,
INC, et al.,

                Plaintiffs,

      - against -

MARY T. BASSETT, in her official capacity
As Commissioner of the New York State
Department of Health, et al.,

                Defendants.
------------------------------------------------------------X

18-cv-3196 (VSB) (RWL)

**<u>ORDER</u>**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the settlement conference held on February 14, 2023:

    1. The parties will meet and confer on February 16, 2023, and shall meet at least weekly, with the goal of resolving all open items on the "unresolved" item list.

    2. No later than February 17, 2023, Defendants shall notify Plaintiff if Defendants will provide the "regulatory impact statement" that has been submitted for publication in regard to the revised regulations, subject to Plaintiff's agreement that they may use the statement, unless and until published, solely for purposes of considering settlement and without the opportunity to suggest any edits. If Defendants are willing to provide the statement, they shall do so the same day February 17, 2023, provided Plaintiff has signed the requisite stipulation of limited use.

      3.  No later than February 22, 2023, Defendants shall provide Plaintiff with all edits and proposed language for which they owe Plaintiff a response with respect to the unresolved item list.

      4.  The above requirements and deadlines are the bare minimum.  The parties shall make good faith efforts to meet and confer to discuss and resolve open issues as frequently and as long as needed.

      5.  The Court will schedule another settlement conference (via Teams) for the morning of March 3, 2023.  If, prior to March 3, 2023, the parties believe it would be more productive to defer the settlement conference to a later date, they shall so notify the Court.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 15, 2023
      New York, New York