```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER,
INC, et al.,

                    Plaintiffs,

              - against -

MARY T. BASSETT, in her official capacity
As Commissioner of the New York State
Department of Health, et al.,

                    Defendants.
-------------------------------------------------------------X

18-CV-3196 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the settlement conference held on March 3, 2023:

    1. Between now and the next settlement conference, the parties shall meet and confer at least weekly, with the goal of resolving all open items on the "unresolved" item list.

    2. No later than March 17, 2023, Defendants shall provide to Plaintiffs a response to all unresolved items and current proposed draft agreement, as well as the "safe harbor" language, presented by Plaintiffs. However, Defendants shall also make good faith efforts to provide Plaintiffs with responses on any unresolved items or draft language prior to March 17, 2023 that need not wait until then.

    3. The above requirements and deadlines are the bare minimum. The parties shall make good faith efforts to meet and confer to discuss and resolve open issues as frequently and as long as needed.

4. The Court will schedule another settlement conference (via Teams) to take place in early April. The Courtroom Deputy will coordinate a date with the parties.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 3, 2023
       New York, New York