USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER,
INC, et al.,

                          Plaintiffs,

        - against -

MARY T. BASSETT, in her official capacity
As Commissioner of the New York State
Department of Health, et al.,

                          Defendants.
-------------------------------------------------------------X

18-CV-3196 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the settlement conference held on April 21, 2023:

    1.  Any time records produced by Plaintiffs to Defendants in connection with settlement discussions concerning the instant matter shall be treated as confidential and used solely in connection with those settlement discussions.

    2.  If the DAL, Webinar, and Q&A that have been the subject of discussion have not issued by May 8, 2023, Plaintiffs shall so notify the Court.

    3.  By April 28, 2023, Defendants shall inform Plaintiffs and/or the Court of Defendants' position regarding the issue of timing for fees resolution vis-a-vis damages resolution and implications that may have for timing of resolving non-damages terms.

    4.  The Court will schedule another settlement conference for the purpose of discussing fee-related and any other open issues.  The parties are expected to continue to negotiate in good faith and act promptly prior to the next conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 21, 2023
        New York, New York