UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2024

-------------------------------------------------------------X

FAIR HOUSING JUSTICE CENTER,
INC, et al.,

                        Plaintiffs,

              - against -

MARY T. BASSETT, in her official capacity
As Commissioner of the New York State
Department of Health, et al.,

                      Defendants.

-------------------------------------------------------------X

18-CV-3196 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      I am bringing to the parties' attention the fact that starting this week, June 10, 2024, my daughter began a summer internship at Mobilization For Justice, Plaintiff's counsel. As you know, the case was referred to me for non-dispositive pretrial matters, and I primarily have been working with the parties in their efforts to settle the case. I am willing to continue to do so, but only if all parties concur. In the absence of unanimous agreement between the parties, I will recuse myself from further involvement and the case will be reassigned to another Magistrate Judge. Accordingly, by June 20, 2024, the parties shall file a joint letter stating whether the parties agree or disagree on my continued involvement. In the event the parties do not agree, the letter should not disclose any particular party's position but shall simply advise that the parties do not agree.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 10, 2024
       New York, New York