November 16, 2026

**By ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. November 17, 2026

Re: Fair Housing Justice Center, Inc., et al. v. James V. McDonald, et al.
No. 18 Civ. 03196

Dear Judge Broderick:

The undersigned represent Plaintiffs Fair Housing Justice Center, Inc., John Doe, as the administrator of the Estate of Jane Doe, and John Doe (collectively, "Plaintiffs") and Defendants the New York State Department of Health ("DOH") and James V. McDonald in his official capacity as Commissioner of DOH ("State Defendants"). Pursuant to Your Honor's Individual Rules 1H and 6A, the Parties write jointly to respectfully request that the Court adjourn the parties' deadlines to file their opposition and reply briefing related to State Defendants' pending Motion for Judgment on the Pleadings, ECF No. 415. The parties also write to request that the Court set a briefing schedule for Plaintiffs' anticipated cross-motion for leave to amend the Amended Complaint. Finally, the parties also write to request that the Court adjourn the existing pre-trial submission deadlines so-ordered in ECF No. 414 until after briefing on the motions is completed, at which time the parties may confer with the Court as to how the Court would like to proceed.

An adjournment of all briefing and pretrial deadlines is necessary so that the parties can focus on substantive settlement discussions while avoiding the burden and expense of motion practice and trial preparation. At this time, the parties have exchanged settlement counteroffers. The parties are optimistic that they will be able to resolve Plaintiffs' remaining claims in this case without judicial intervention. The requested adjournment will also preserve judicial resources by postponing the Court's consideration of State Defendants' pending Motion for Judgment on the Pleadings until the parties have determined whether a negotiated resolution is possible at this time.

Pursuant to Local Rule 6.1(b), Plaintiffs' Opposition to State Defendants' Motion for Judgment on the Pleadings is due November 18, 2026, and State Defendants' reply papers are due November 25, 2026. This is the first time that the parties have requested to adjourn the briefing deadlines associated with State Defendant's Motion for Judgment on the Pleadings.

The original deadline for the parties' pretrial submissions was July 30, 2026, pursuant to Your Honor's Individual Rule 6A. ECF No. 403 (July 24, 2026, Joint Request to Adjourn Pretrial Submission Deadlines); ECF No. 414 (Order granting Parties' joint request to enter pretrial submission deadlines). This is the parties' third request to adjourn the pretrial submission deadline and the first request to adjourn the negotiated deadlines that Your Honor entered on October 29, 2026. ECF No. 414.

In addition, Plaintiffs have informed State Defendants that they intend to file a cross-motion to amend the Amended Complaint in this action, ECF No. 122, pursuant to Fed. R. Civ. P. 15(a) with their opposition papers. State Defendants do not consent to Plaintiffs' anticipated request to file a Second Amended Complaint.

Accordingly, the parties respectfully request that the Court enter the following briefing schedule for State Defendants' pending Motion for Judgment on the Pleadings, ECF No. 415, and Plaintiffs' anticipated motion pursuant to Fed. R. Civ. P. 15(a).

1. **January 25, 2027**
    a. Plaintiffs file Opposition to State Defendants' Motion for Judgment on the Pleadings.
    b. Plaintiffs file Cross-Motion for Leave to Amend Pursuant to Fed. R. Civ. P. 15(a).

2. **March 9, 2027**
    a. State Defendants file Reply in Support of Motion for Judgment on the Pleadings
    b. State Defendants file Opposition to Plaintiffs' Cross-Motion for Leave to Amend.

3. **April 2, 2027**
    a. Plaintiffs file Reply in Support of Cross-Motion for Leave to Amend.

The parties respectfully request that the Court adjourn the pretrial submission deadlines, to be rescheduled once briefing on the above motions is completed.

The parties thank the Court for considering their requested briefing schedule and pretrial submission adjournment.

Respectfully submitted,

*/s/ David G. Keyko*
David G. Keyko
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, New York 10019
(212) 858-1000
david.keyko@pillsburylaw.com

Jota Borgmann
Mobilization for Justice, Inc.
100 William St., 6th Floor
New York, NY 10038
(212) 417-3717
jborgmann@mfjlegal.org

*/s/ Cara B. Chomski*
CARA B. CHOMSKI
Assistant Attorney General
(212) 416-6491
cara.chomski@ag.ny.gov

*Counsel for State Defendants*

Sébastien Monzón Rueda
AARP Foundation
601 E Street, NW
Washington, DC 20049
(202) 434-2175
smonzonrueda@aarp.org

*Counsel for Plaintiffs*

cc: Magistrate Judge Robert W. Lehrburger